**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 10, 2009

Charles R. Fulbruge III
Clerk

No. 08-31068
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARLONDO K. HENSON,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
No. 6:08-CR-132-1

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Arlondo Henson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Henson has filed a response. Our independent review of the record, counsel's brief, and Henson's response disclose no non-frivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.